FILED

2020 DEC 23  PM 12: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER **SA20-915M** |
|---|---|
| PLAINTIFF(S) | 8:20-467 |
| v. | |
| ROGER NAVARETTE | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: GRAND JURY INDICTMENT
in the SOUTHERN District of CAROLINA on 8/11/2020
at 6:01  ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 8/20/2019
in violation of Title 21 USC   U.S.C., Section(s) 841,846,853,881
to wit: _____

A warrant for defendant's arrest was issued by: US MAGISTRATE JUDGE JACQUELYN D. AUSTIN

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/23/20
                  Date

_____          ADRIAN BRAVO
Signature of Agent                Print Name of Agent

USMS                              DEPUTY U.S. MARSHAL
Agency                            Title

---

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT